UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIAM GONZALEZ ESPINOSA,<br><br>                     Petitioner,<br><br>     v.<br><br>TODD LYONS, *et al.*,<br><br>                     Respondents. | Civil Action No. 26-945 (JXN)<br><br>**MEMORANDUM AND ORDER** |

**NEALS**, District Judge

      Before the Court is Petitioner Dariam Gonzalez Espinosa's ("Petitioner") letter requesting his immediate release due to Respondent's noncompliance with the Court's Order. (ECF No. 8.) Respondents filed a letter response. (ECF No. 10).

      On February 20, 2026, the Court issued a Memorandum and Order granting Petitioner's Petition for Writ of Habeas Corpus ("Petition") and ordering Respondents provide Petitioner with an individualized bond hearing before an immigration judge ("IJ") within 7 days of the date of the Court's Order. (*See* ECF No. 7.) On March 2, 2026, Petitioner filed the instant letter request for immediate release, arguing that Respondents failed to provide him with an individualized bond hearing within the time ordered by the Court. (*See* ECF No. 8.) The following day, Respondents filed a letter response, submitting that "[d]ue to an administrative error, [Respondents] did not timely forward the Court's February 20, 2026, order to U.S. Immigrations and Customs Enforcement ("ICE"), and as a result, a bond hearing was not scheduled within the Court's 7-day deadline." (ECF No. 10.) Respondents further informed the Court that upon receipt of Petitioner's letter requesting immediate release, Respondents requested ICE to schedule a bond hearing for the

same day. (*Id.*) Petitioner's individualized bond hearing was scheduled for March 3, 2026, at 2:30 p.m. (*Id.*)

On March 4, 2026, Respondents filed a letter informing the Court that Petitioner received his bond hearing, and the IJ denied Petitioner bond. (*See* ECF No. 12.) The IJ found Petitioner a flight risk based on his removal order that the immigration court entered on October 7, 2025. (*Id.*)

While the Court acknowledges Respondents' technical non-compliance with the Court's February 20, 2026, Order, the Court accepts Respondents' assertion that their non-compliance was based on a clerical error. Petitioner has now been provided with the Court's ordered individualized bond hearing and found to be a flight risk based on his current removal order. Therefore, Petitioner's letter requesting immediate release based on Respondent's non-compliance is denied. Accordingly,

**IT IS**, on this 6th day of March 2026,

**ORDERED** that the letter request for immediate release (ECF No. 8) is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Order upon the parties electronically.

JULIEN XAVIER NEALS
United States District Judge